# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10 CV 151

| | |
|---|---|
| **CATAWBA HARDWOODS & DRY KILNS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **ADVANCED LAB CONCEPTS, INC.** ) | |
| **and COLLEGEDALE CASEWORK,** ) | |
| **LLC,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** comes before the Court upon the Court's own motion. The parties in this matter had previously filed a joint motion for extension of time to complete discovery (#22) which the undersigned denied on April 13, 2011. Thereafter, the parties filed a motion entitled "Motion to Reconsider Order Denying Extension of Scheduling Order Deadlines, and New Motion to Extend Scheduling Order Deadlines" (#24). The undersigned entered an Order on May 6, 2011 denying that motion. In denying the motions, the court was under the impression that a bench trial was set in this matter for the October 11, 2011 term of court. Upon a review of this matter, the undersigned has determined that the trial in this case was set, by Order of this Court, for the February 13, 2012 session. Due to the scheduling for the trial to take place at the February 13, 2012 session, the undersigned finds that there would

not be any reason not to grant the motions of the parties in this case.

## ORDER

**IT IS, THEREFORE, ORDERED** that the undersigned will enter a new amended Pretrial Order and Case Management Plan in this matter and set the trial in this case for its original setting on February 13, 2012.

Signed: June 7, 2011

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge